IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LARRY WAYNE HEBERT,
    Petitioner,

vs.                                       Case No.:  3:07cv156/LAC/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 1, 2007. The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

    Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  All outstanding motions are **DENIED** as moot.

    2.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    3.  Petitioner's Notice of Voluntary Dismissal (Doc. 26), is **GRANTED** and this action dismissed without prejudice.

    **DONE AND ORDERED** this 11th day of December, 2007.

                                                    *s/L.A. Collier*
                                                    **LACEY A. COLLIER**
                                                    **SENIOR UNITED STATES DISTRICT JUDGE**